SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar No. 5634
CHRISTIAN R. RUIZ
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Christian.Ruiz@usdoj.gov

*Attorneys for the Federal Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Felicia M. Cavanagh,<br><br>          Plaintiff,<br><br>     v.<br><br>Nevada State Militia (Nevada National Guard),<br><br>          Defendant. | Case No. 3:24-cv-00196-ART-CSD<br>    ORDER GRANTING<br>**Motion for Retroactive Extension of Time to Respond to Plaintiff's Complaint**<br><br>**(Second Request)** |

Pursuant to Fed. R. Civ. P. 6, LR IA 6-1, and LR IC 3-1, and for the reasons stated in the attached Declaration of AUSA Christian R. Ruiz, Defendant requests a retroactive extension of the due date to respond to Plaintiff's Complaint (ECF No. 1), from January 27, 2025, to January 28, 2025. The requested extension is applicable to Defendant's Motion to Dismiss, filed at 5:54 a.m. on January 28, 2025. (ECF No. 20). This is the second request to extend the deadline to respond to Complaint.

Undersigned counsel respectfully submits that this motion is supported by "good cause," "excusable neglect," or the "inaccessibility of the clerk's office," within the meaning of Rule 6 of the Federal Rules of Civil Procedure. A technical failure caused the CM/ECF System for the United States District Court for the District Court of Nevada to become inaccessible on January 27, 2025, and January 28, 2025. (Exhibit A, Declaration of AUSA Christian R. Ruiz; Exhibit B, CM/ECF Error Messages with Timestamps.) Undersigned counsel attempted to file Defendant's Motion to Dismiss late on the evening

it was due, but the CM/ECF System experienced connectivity issues, which prevented undersigned counsel from filing a timely response.

Undersigned counsel apprised Plaintiff of the technical failure (Exhibit C, Correspondence), and undersigned counsel filed Defendant's Motion to Dismiss as soon as he learned that the CM/ECF System became accessible again. (Exhibit A, Declaration of AUSA Christian R. Ruiz.)

This is the second request to extend the deadline to respond to the Complaint. This request is sought in good faith and not for purposes of undue delay. In the interest of filing this motion on the same day as Defendant's Motion to Dismiss, undersigned counsel attempted to but was unable to obtain a position on this motion from Plaintiff. (Exhibit A, Declaration of AUSA Christian R. Ruiz.)

Respectfully submitted this 28th day of January 2025.

SUE FAHAMI
Acting United States Attorney

/s/ *Christian R. Ruiz*
CHRISTIAN R. RUIZ
Assistant United States Attorney

IT IS SO ORDERED.

DATED:  January 29, 2025.

_____
Craig S. Denney
United States Magistrate Judge